# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

    vs

ROBERT BRAGGS,
        Defendant

Case No. 1:91-cr-132
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on defendant's motion for reconsideration of the magistrate judge's detention order (Doc. 289) and the government's response thereto. (Doc. 293).

Defendant requests reconsideration of the Court's April 28, 2011 detention order seeking conditions of release for the limited purpose of attending a state court re-sentencing hearing. On February 27, 2012, the defendant was made available for a state court appearance via a writ of habeas corpus ad prosequendum issued by the state court trial judge. The defendant appeared in state court that same date and was re-sentenced. Accordingly, defendant's motion for reconsideration is **DENIED** as moot.

**IT IS SO ORDERED**.

Date: 3/12/2012

Karen L. Litkovitz
United States Magistrate Judge